**JUDGE BUCHWALD**

08 CIV 5841

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROKANE, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> HOUDINI, INC., <br><br> Defendant. | Civil Action No. _____ <br><br> CORPORATE DISCLOSURE STATEMENT <br> PURSUANT TO FED. R. CIV. P. 7.1 <br><br> RECEIVED <br> JUN 27 2008 <br> U.S.D.C. S.D.N.Y. <br> CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Metrokane, Inc. states that it has no parent corporation and no publicly held company owns 10% or more of its stock.

Dated: June 27, 2008

                                       Respectfully submitted,

                                       RIKER DANZIG SCHERER HYLAND
                                         &amp; PERRETTI LLP
                                       Attorneys for Plaintiff
                                       Metrokane, Inc.

                                       By _____
                                           ROBERT J. SCHOENBERG

                                       Headquarters Plaza
                                       One Speedwell Avenue
                                       Morristown, New Jersey 07962
                                       Telephone: (973) 538-0800
                                       Facsimile: (973) 451-8604
                                       Email: rschoenberg@riker.com

3868708