United States District Court
Southern District of New York

Murokane, Inc.,

                                 Plaintiff(s)

             -against-

Houdini, Inc.,

                                Defendant(s)

**AFFIDAVIT OF SERVICE**
Case No. 08 Civ. 5841

State of New York )
                   ) ss:
County of Albany )

Terri L. Tarullo, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on July 1, 2008 at approximately 2:10 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law, Summons in a Civil Action, Complaint and Demand for Jury Trial with Exhibit A, Civil Cover Sheet, Corporate Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1, Individual Practices of Naomi Reice Buchwald United States District Judge dated November 2006, Individual Practices of Magistrate Judge Henry Pitman dated July 15, 1998 and Electronic Case Filing Rules & Instructions May 28, 2008 Edition, that the party served was Houdini, Inc., a foreign business corporation using the fictitious name of Houdini of California, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving papers with Donna Christie, a white female with blonde hair, being approximately 36-45 years of age; height of 5'0" - 5'3", weight of 130-160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                      Terri L. Tarullo

Sworn to before me this 1ST day of July, 2008

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE7729775
Commission Expires: 11-30-2010