USDSDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROKANE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HOUDINI, INC., <br><br> Defendants. | Civil Action No. 08-CIV-5841 <br> (Buchwald) |

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon the motion of Houdini, Inc. for the admission *pro hac vice* of Edward R. Schwartz, and good cause appearing therefor,

IT IS HEREBY ORDERED that Edward R. Schwartz of the law firm of Christie, Parker & Hale, LLP, located at 350 W. Colorado Boulevard, Suite 500, Pasadena, California 91105, telephone (626) 795-9900, facsimile (626) 577-8800, may be admitted *pro hac vice* for purposes of representing Defendant Houdini, Inc. in the above-referenced matter *upon payment of the required fee*.

DATED: July 23, 2008

Hon. Naomi R. Buchwald
Judge, United States District Court

BLV PAS802221.1-*-07 14 08 9:55 AM