AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

METROKANE, INC.

v.

HOUDINI, INC.

**APPEARANCE**

Case Number: 1:08-CV-05841

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Defendant, Houdini, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 23, 2008 | *[signature]* |
| Date | Signature |

Edward R. Schwartz                    CA Bar No. 147553
Print Name                                             Bar Number

Christie, Parker & Hale, LLP
350 W. Colorado Blvd., Suite 500
Address

Pasadena            CA            91105
City                State           Zip Code

(626) 795-9900            (626) 577-8800
Phone Number                          Fax Number

**CERTIFICATE OF SERVICE**

I certify that on July 29, 2008, I electronically filed the document described as APPEARANCE with the Clerk of the Court using the ECF system which will send notification of such filing to the parties.

                                            /s/ Betty L. Venuti
                                            Betty L. Venuti