UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROKANE, INC., <br><br>                 Plaintiff, <br><br> vs. <br><br> HOUDINI, INC., <br><br>                 Defendants. | Civil Action No. 08-CIV-5841 <br> (Buchwald) |

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Houdini, Inc. (a private and non-governmental party) certifies that Defendant has no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Respectfully submitted,

DATED: July 29, 2008

By _____
Edward R. Schwartz (ES 7787)
e-mail: ers@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**350 West Colorado Blvd., Suite 500**
**Post Office Box 7068**
**Pasadena, California 91109-7068**
**Phn: (626) 795-9900**
**Fax: 626-577-8800**

Attorneys for Defendant,
Houdini, Inc.

## CERTIFICATE OF SERVICE

      I certify that on July 29, 2008, I electronically filed the document described as RULE 7.1 STATEMENT with the Clerk of the Court using the ECF system which will send notification of such filing to the parties.

                                                 /s/ Betty L. Venuti
                                               Betty L. Venuti

BLV PAS802232.1-*-07/29/08 10:04 AM