UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROKANE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HOUDINI, INC., <br><br> Defendant. | Civil Action No. 08-CIV-5841 <br> (Buchwald) |

### DECLARATION OF TIMOTHY J. DEAN IN SUPPORT OF HOUDINI, INC.'S MOTION TO STAY OR TRANSFER

Timothy J. Dean states:

1. I am the President and founder of Defendant Houdini, Inc. ("Houdini"). I make this declaration based on personal knowledge and could competently testify to the facts stated herein if called upon to do so.

2. Houdini is a California corporation having its principal places of business in Fullerton, and Buena Park, California. All of Houdini's records and all of its witnesses in this matter are located in California.

3. Houdini has no office in New York, and has no employees in New York.

Sworn to under the penalty of perjury this __31st__ day of July, 2008 in Fullerton, California.

_____
Timothy J. Dean

DAP PAS806423 1-*-07/31/08 11 12 AM

-1-